IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KAREN DI PIAZZA, *Individually and as Mother to CORBIN JAEGER and as Personal Representative, of the Estate of CORBIN LEE JAEGER, Deceased,* | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| WEATHER GROUP TELEVISION, LLC *dba The Weather Channel, a Georgia limited liability company, et al.,* | )<br>)<br>)<br>) |
| Defendants. | )   Civil Action No. 5:19-CV-060-C |

## **ORDER**

On March 26, 2019, Plaintiff filed the above-styled and -numbered civil action in the United States District Court for the Northern District of Texas, Lubbock Division, pursuant to 28 U.S.C. § 1332. The Court notes that several of the named Defendants are either a limited liability company or a corporation. However, a cursory review of Plaintiff's Original Complaint guides the Court to conclude that Plaintiff has not sufficiently pleaded the citizenship of those Defendants.

"[T]he party invoking federal jurisdiction bears the burden of establishing its existence." *Williams v. Parker*, 843 F.3d 617, 621 (5th Cir. 2016). For purposes of establishing diversity jurisdiction, "the citizenship of a LLC is determined by the citizenship of all of its members." *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Furthermore, it is well established that a corporation is deemed to be a citizen "of every State and foreign state by which

it has been incorporated and of the State or foreign state where it has its principal place of business[.]" 28 U.S.C. § 1332(c)(1).

Without information concerning the citizenship of the members of each limited liability company and the citizenship of each corporation, it is impossible for the Court to determine whether complete diversity exists. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this civil action should not be dismissed for lack of subject-matter jurisdiction by amending her original complaint to provide a good-faith pleading regarding the citizenship of each named Defendant by no later than 3:00 p.m. on April 12, 2019.[1]

SO ORDERED this 29th day of March, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Federal courts are duty-bound to examine their own subject-matter jurisdiction and may not proceed where it is apparent that jurisdiction does not exist. *Union Planters Bank Nat'l Ass'n v. Salih*, 369 F.3d 457, 460 (5th Cir. 2004).

2