UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KAREN DI PIAZZA, Individually and as Mother to CORBIN JAEGER and as Personal Representative of the Estate of CORBIN LEE JAEGER, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WEATHER GROUP TELEVISION, LLC dba THE WEATHER CHANNEL, et al.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil No. 5:19-cv-0060-C |

## DEFENDANT KEITH DANIELS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RANDALL D. YARNALL'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

COMES NOW Keith Daniels, as Personal Representative of the Estate of Randall D. Yarnall, in the above styled and numbered cause, and files this his Certificate of Interested Persons pursuant to Local Rules 3.1(c), 3.2(e), and 7.4 of the Northern District of Texas and would show the following entities have a financial interest in the outcome of this case:

Karen Di Piazza

Estate of Corbin Lee Jaeger

Weather Group Television, LLC d/b/a The Weather Channel

Weather Group, LLC

The Weather Channel Interactive, LLC

Entertainment Studios, Inc.

CF Entertainment, Inc. d/b/a Entertainment Studios

Entertainment Studios Networks, Inc.

DEFENDANT KEITH DANIELS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RANDALL D. YARNALL'S CERTIFICATE OF INTERESTED PERSONS

Page **1** of 3

Entertainment Studios Media, Inc.

Entertainment Studios Media Holdings, Inc.

NBCUniversal Media, LLC

NBC Universal, Inc.

Bain Capital Investors, LLC

The Blackstone Group, Inc.

TV Holdings 1, LLC

TV Holdings 2, LLC

TV Spinco LLC

The Estate of Kelley Gene Williamson

The Estate of Randall D. Yarnall

Respectfully submitted,

BY: /s/ Robert B. Wagstaff
      **Robert B. Wagstaff**
      **Attorney-in-Charge**
      **State Bar No. 20665000**
      rwagstaff@mcmahonlawtx.com

MCMAHON SUROVIK SUTTLE, P.C.
P. O. Box 3679
Abilene, TX  79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

ATTORNEYS FOR DEFENDANT
KEITH DANIELS, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF RANDALL D. YARNALL

DEFENDANT KEITH DANIELS, AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF RANDALL D. YARNALL'S CERTIFICATE OF INTERESTED PERSONS

Page **2** of **3**

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 3rd day of May, 2019, in accordance with the Federal Rules of Civil Procedure and LR 5.1 of the Northern District of Texas.

     /s/ Robert B. Wagstaff
    ROBERT B. WAGSTAFF

DEFENDANT KEITH DANIELS, AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF RANDALL D. YARNALL'S CERTIFICATE OF INTERESTED PERSONS

Page **3** of **3**