Robert A. Ball, California Bar No. 70061
John M. Donnelly, California Bar No. 156965
LAW OFFICES OF ROBERT A. BALL
225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 234-3913; Facsimile: (619) 234-4055
Email: rball@robertballapc.com, jdonnelly@robertballapc.com

Benjamin H. Davidson, II, State Bar No. 05430590
Mary Kathleen Davidson, State Bar No. 24070919
McCLESKEY HARRIGER BRAZILL & GRAF LLP
5010 University Avenue, Suite 500
Lubbock, Texas 79413
Telephone: (806) 796-7306; Facsimile: (806) 796-7365
Email: bdavidson@mhbg.com, kdavidson@mhbg.com

Attorneys for: Plaintiffs KAREN DI PIAZZA,
Individually and as Mother to CORBIN JAEGER and as Personal
Representative of the Estate of CORBIN LEE JAEGER, Deceased

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS, LUBBOCK DIVISION

| | |
|---|---|
| KAREN DI PIAZZA, Individually and As Mother to CORBIN JAEGER and As Personal Representative of the Estate of CORBIN LEE JAEGER, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>WEATHER GROUP TELEVISION, LLC dba THE WEATHER CHANNEL, a Georgia limited liability company; WEATHER GROUP, LLC, a Delaware limited liability company; CF ENTERTAINMENT, INC. dba ENTERTAINMENT STUDIOS, a California corporation; ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation; ENTERTAINMENT STUDIOS MEDIA, INC., a California corporation; ENTERTAINMENT STUDIOS MEDIA HOLDINGS, INC., a Delaware corporation; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; BAIN CAPITAL INVESTORS, LLC, a Delaware limited liability company; THE BLACKSTONE GROUP, INC., a Delaware corporation; TV HOLDINGS 1, LLC, a Delaware limited liability company; TV HOLDINGS 2, LLC, a Delaware limited | CIVIL ACTION<br><br>CASE NO. 5-19CV0060-C<br><br>**PLAINTIFF KAREN DI PIAZZA, INDIVIDUALLY AND AS MOTHER TO CORBIN JAEGER AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORBIN LEE JAEGER, DECEASED'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT TESTIMONY** |

LAW OFFICES OF
ROBERT A. BALL
225 BROADWAY, SUITE 2200
SAN DIEGO, CA 92101-5019
TELEPHONE 619-234-3913

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY - Page 1

liability company; TV SPINCO LLC, a Delaware limited liability company; SHEENA BITTLE as Personal Representative of the Estate of KELLEY GENE WILLIAMSON; KEITH DANIELS as Personal Representative of the Estate of RANDALL D. YARNALL,

Defendants.

**PLAINTIFF KAREN DI PIAZZA, INDIVIDUALLY AND AS MOTHER TO CORBIN JAEGER AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORBIN LEE JAEGER, DECEASED'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT TESTIMONY**

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiff Karen Di Piazza, individually and as Mother to Corbin Jaeger and as Personal Representative of The Estate of Corbin Lee Jaeger, Deceased's ("Plaintiff") Rule 26(a)(2)(B) Disclosure of Expert Testimony respectfully submits to the Court and provide to Defendants Weather Group Television, LLC dba The Weather Channel, et al. Pretrial Disclosures, consisting of the following persons who may be used at trial or in discovery to present evidence under Rules 702, 703, or 706 of the Federal Rules of Evidence.

**I.**

**EXPERT WITNESSES RETAINED BY PLAINTIFF**

At this time, Plaintiff has not retained or specially employed anyone to provide expert testimony in this action.

**II.**

**NON-RETAINED EXPERTS WHO MAY PROVIDE EXPERT TESTIMONY**

1.   Nathaniel L. Washburn
     And other representatives of
     Texas Highway Patrol Division
     Dept of Public Safety, State of Texas including, but not limited to:

LAW OFFICES OF
ROBERT A. BALL
225 BROADWAY, SUITE 2200
SAN DIEGO, CA 92101-5019
TELEPHONE 619-234-3913

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY - Page 2

        Jerry D, Johnson
        Roger Medrano
        Frank Mosher
        Andrew Wilson
        215 South Berkshire
        Crosbyton, TX 78773-0140 (806) 675-2131
        J. Bratcher
        1212 Houston Street
        Levelland, TX 79336 (806) 894-7026

Nathaniel L. Washburn is the Texas Highway Patrol Division Trooper who responded to the crash that killed Corbin Jaeger and investigated the matter. Trooper Washburn is expected to testify about his observations at the scene and investigation into the crash, including, but not limited to, the cause of the collision, the relative speeds of the vehicles involved immediately beforehand and any violations of traffic safety laws that contributed to the accident. Trooper Washburn, as well as the other members of the Texas Highway Patrol identified above may be deposed. For further information concerning Trooper Washburn's opinions and qualifications, see the Major Crash Investigation Report dated April 11, 2018 prepared by Trooper Washburn related to the fatal March 28, 2017 automobile accident, which is the subject of these proceedings. See also DI PIAZZA 000147-000553, all of which materials previously have been served upon the parties in discovery. It is anticipated that other law enforcement officers assisted in the investigation and will be expected to testify as to their involvement.

    **2.**    Thomas R. Parsons, M.D., F-ASCP, D-ABP (AP/CP/FP), Forensic
           Pathologist South Plains Forensic Pathology
           202 Avenue Q
           Lubbock, Texas 79415
           (806) 790-9611

Dr. Parsons is expected to present evidence about the autopsy he performed on Corbin Jaeger and his findings, opinions, and conclusions based upon that autopsy and any information that may have been provided to Dr. Parsons about the crash occurrence made the basis of this action or the investigation of that occurrence which has an impact

LAW OFFICES OF
ROBERT A. BALL
225 BROADWAY, SUITE 2200
SAN DIEGO, CA 92101-5019
TELEPHONE 619-234-3913

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY - Page 3

on his findings, opinions, and conclusions. It is expected that Dr. Parsons will testify, among other things, about whether Corbin Jaeger experienced any conscious physical pain or emotional pain, torment, and suffering as a result of the crash occurrence made the basis of this action; the cause of his death; the manner of his death; the mechanism of his death; and the time of his death with respect to the trauma that caused it. For further information concerning Dr. Parson's qualifications and opinions, see his May 20, 2017 correspondence to Karen Di Piazza and his April 10, 2017 Autopsy Report. See also DI PIAZZA 000701-000708, all of which materials previously have been served upon the parties in discovery.

    **3.**    Judge Nancy Stone
            Justice of the Peace
            508 Crow Street
            Dickens, Texas 79229 (806) 623-5233

It is expected that Ms. Stone will testify about her investigation, in her capacity as a Justice of the Peace, of the death of Corbin Jaeger, and the subject matter addressed and reported by her in Corbin Jaeger's death certificate including the immediate cause of his death and the approximate interval between onset of the immediate cause of death and death. For further information concerning Ms. Stone's opinions and observations, see the Certificate of Death, State File Number 142-17-078956, issued June 1, 2027. See also DI PIAZZA 00090, all of which materials previously have been served upon the parties in discovery.

    **4.**    Lanny Dean
            167 Cody Dr.
            Rogersville, MO 65742 (918) 865-2959

Mr. Dean holds a Bachelor of Science degree in Electrical Engineering and is in the process of obtaining a Bachelor of Science degree in Meteorology. He is a photojournalist, non-degree meteorologist and a twenty-nine (29) year storm chasing tours veteran. He is the owner and lead forecasting guide of Extreme Chase Tours, a company that offers storm chasing tours. It is expected that Mr. Dean will testify as to his personal observations of the driving habits of Kelley Williamson and Randall Yarnall and his communications with individuals at The Weather Channel related to same. He may also provide opinions as to safety standards related to storm tracking within the storm tracking community and Messrs. Williamson and Yarnall repeated violations of those standards, inclusive of violating traffic safety laws and proper positioning when tracking tornados. For further information concerning Mr. Dean's qualifications, observations and opinions see his declaration in support of PLAINTIFF KAREN DI PIAZZA, INDIVIDUALLY AND AS MOTHER TO CORBIN JAEGER AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORBIN LEE JAEGER, DECEASED'S OPPOSITION TO DEFENDANT WEATHER GROUP TELEVISION, LLC'S MOTION FOR SUMMARY JUDGMENT. See also Document 141-1, pp. 67-92.

    **5.**    John Haxby
           2720 North 74th Street
           Lincoln, NE 68507 (402) 525-4065

Mr. Haxby has over forty years work experience as a photojournalist with various media companies and as a freelance photojournalist. He is also an experienced storm tracker. It is expected that Mr. Haxby will testify as to his personal observations of the driving habits of Kelley Williamson and Randall Yarnall and his communications with individuals at The Weather Channel related to same. He may also provide opinions as to

LAW OFFICES OF
ROBERT A. BALL
225 BROADWAY, SUITE 2200
SAN DIEGO, CA 92101-5019
TELEPHONE 619-234-3913

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY - Page 5

safety standards related to storm tracking within the storm tracking community and Messrs. Williamson and Yarnall violations of those standards. For further information concerning Mr. Haxby's qualifications, observations and opinions see his deposition taken in these proceedings.

    **6.**    Kathryn Prociv
            5315 Chandley Farm Circle
            Centreville, VA 20120 (703) 988-9267

Ms. Prociv is currently a meteorologist and producer for NBC News. She has been certified by the American Meteorological Society as a Certified Consulting Meteorologist. At the time of the automobile accident that is the subject of these proceedings, she was employed as a weather producer with The Weather Channel. It is expected that Ms. Prociv will testify as to her personal observations of the storm positioning habits of Kelley Williamson and Randall Yarnall and her communications with individuals at The Weather Channel related to same. She will also testify about complaints she received from third parties related the driving habits of Messrs. Williamson and Yarnall and her communications with individuals at The Weather Channel related to same. She may also provide opinions as to safe practices utilized by storm trackers when tracking tornados and Messrs. Williamson and Yarnall's failure to adhere to those standards on multiple occasions. For further information concerning Ms. Prociv's qualifications, observations and opinions see her deposition taken in these proceedings.

    **7.**    Douglas S. Kiesling
            56 South 33rd Avenue, Suite 338
            St. Cloud, MN 56301 (651) 238-0258

Mr. Kiesling has over twenty years of experience filming and photographing storms and severe weather events. He is the owner and president of StormChasingVideo.com,

LAW OFFICES OF
ROBERT A. BALL
225 BROADWAY, SUITE 2200
SAN DIEGO, CA 92101-5019
TELEPHONE 619-234-3913

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY - Page 6

LLC, a Minnesota limited liability company (hereafter "SCV"), which has been in business for over nineteen years. SCV operates as a broker between approximately sixty freelance videographers and photographers and television news networks to facilitate the sale of severe weather footage from freelancers to the news networks and archived clients. It is expected that Mr. Kiesling will testify as to his personal observations of the driving habits of Kelley Williamson and Randall Yarnall and his communications with individuals at The Weather Channel related to same. He may also provide opinions as to safety standards related to storm tracking within the storm tracking community and Messrs. Williamson and Yarnall repeated violations of those standards, inclusive of violating traffic safety laws. For further information concerning Mr. Dean's qualifications, observations and opinions see his declaration in support of PLAINTIFF KAREN DI PIAZZA, INDIVIDUALLY AND AS MOTHER TO CORBIN JAEGER AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORBIN LEE JAEGER, DECEASED'S OPPOSITION TO DEFENDANT WEATHER GROUP TELEVISION, LLC'S MOTION FOR SUMMARY JUDGMENT. See also Document 141-3, pp. 343-348.

### III.
### OTHER EXPERTS

Although not subscribing to or endorsing the opinions thereof, the qualifications thereof, the relevancy thereof or the reliability thereof, Plaintiff reserves the right to and does hereby cross-designate as adverse expert witnesses, those expert witnesses who have been identified by the Defendants. Plaintiff does not waive any challenge to the qualifications of these experts to render such opinions or any other legal challenge to such opinions. Through this designation, Plaintiff does not necessarily agree with nor vouch for the qualifications or credibility of any such witnesses or their opinions or the

reliability, materiality, or admissibility of information and/or tangible things produced by these individuals in general; through this designation, Plaintiff reserves the opportunity to rely upon or elicit certain opinions and/or evidence from these witnesses to the extent Plaintiff elects to do so.

### IV.

Plaintiff reserves the right to call undesignated, rebuttal expert witnesses and/or fact witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence at trial.

### V.

Plaintiff reserves additional rights and privileges she has or may have with regard to expert witnesses, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the case law constituting same, and any rulings or orders of this Court.

DATED: October 6, 2020          LAW OFFICES OF ROBERT A. BALL

By: */s/ Robert A. Ball*
ROBERT A. BALL, SBN (CA) 00761
JOHN M. DONNELLY, SBN (CA) 156965
ADMITTED *PRO HAC VICE*
Plaintiff KAREN DI PIAZZA,
Individually and as Natural Mother to CORBIN JAEGER and as
Executor/Administrator/Representative of the Estate of CORBIN JAEGER, DECEASED
225 Broadway, Suite 2220
San Diego, California 92101
Telephone (619) 234-3913; Fax (619) 234-4055
rball@robertballapc.com
jdonnelly@robertballapc.com

///
///
///
///

DATED: October 6, 2020     MCCLESKEY HARRIGER BRAZILL & GRAF LLP

By: */s/ Benjamin H. Davidson, II*
BENJAMIN H. DAVIDSON, II, SBN 05430590
MARY KATHLEEN DAVIDSON, SBN 24070919
Plaintiff KAREN DI PIAZZA,
Individually and as Natural Mother to CORBIN JAEGER and as
Executor/Administrator/Representative of the Estate of CORBIN JAEGER, DECEASED
5010 University Avenue, 5th Floor
Lubbock, Texas 79413
Telephone (806) 796-7306; Fax (806) 796-7365
bdavidson@mhbg.com
kdavidson@mhbg.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was served via certified U.S. Mail to all counsel of record in accordance with Federal Rules of Civil Procedure on the 6th day of October, 2020.

By: /s/ Robert A. Ball
Robert A. Ball, Esquire