IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KAREN DI PIAZZA, *Individually and*    )
*as Mother to CORBIN JAEGER and as*    )
*Personal Representative, of the Estate*    )
*of CORBIN LEE JAEGER, Deceased,*    )
   )
           Plaintiff,    )
   )
v.    )
   )
WEATHER GROUP TELEVISION, LLC    )
*dba The Weather Channel, a Georgia*    )
*limited liability company, et al.,*    )
   )
           Defendants.    )      Civil Action No. 5:19-CV-060-C

## ORDER

The Parties have indicated to the Court that they have settled this civil action.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being

reopened to enter an order of dismissal or to enter other orders if the settlement is not

consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or

before 60 days from the date of this Order. The Court's trial setting of May 3, 2021, is hereby

**VACATED**.

SO ORDERED this 26th day of April, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE