IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| KAREN DI PIAZZA; Individually, and as Mother to CORBIN JAEGER and as Personal Representative of the Estate of CORBIN LEE JAEGER, Deceased<br>　　　*Plaintiff,*<br><br>vs.<br><br>WEATHER GROUP TELEVISION, LLC dba THE WEATHER CHANNEL, a Georgia limited liability company; SHEENA BITTLE as Personal Representative of the Estate of KELLEY GENE WILLIAMSON; KEITH DANIELS as Personal Representative of the Estate of RANDALL D. YARNALL<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:19-cv-00060-C |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff Karen di Piazza, Individually, and as Mother to Corbin Jaeger and as Personal Representative of the Estate of Corbin Lee Jaeger, Deceased, files her Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) and shows the Court as follows:

1. On April 26, 2021, this Court entered an Order administratively closing this case without prejudice. (DKT 170).

2. The Court instructed the parties to file appropriate dismissal papers on or before 60 days from the date of said order. (DKT 170).

3. Plaintiff has resolved all of her claims against Defendants Weather Group Television, LLC dba The Weather Channel, Sheena Bittle as Personal Representative of the Estate of Kelley Gene Williamson, and Keith Daniels as Personal Representative of the Estate of Randall D. Yarnall.

1

4.      Therefore, Plaintiff asks this Court to dismiss all of her claims against Defendants Weather Group Television, LLC dba The Weather Channel, Sheena Bittle as Personal Representative of the Estate of Kelley Gene Williamson, and Keith Daniels as Personal Representative of the Estate of Randall D. Yarnall, with prejudice as to refiling the same. *See* Fed. R. Civ. P. 41(a)(2).

## PRAYER

Wherefore, Plaintiff Karen di Piazza, Individually, and as Mother to Corbin Jaeger and as Personal Representative of the Estate of Corbin Lee Jaeger, Deceased, requests this Court to dismiss all of her claims against Defendants Weather Group Television, LLC dba The Weather Channel, Sheena Bittle as Personal Representative of the Estate of Kelley Gene Williamson, and Keith Daniels as Personal Representative of the Estate of Randall D. Yarnall, with prejudice as to refiling the same.

Respectfully Submitted,

**LAW OFFICES OF ROBERT A. BALL**
225 Broadway, Suite 2220
San Diego, California 92101
Telephone (619) 234-3913; Fax (619) 234-4055
ROBERT A. BALL, SBN (CA) 00761
ADMITTED PRO HAC VICE
rball@robertballapc.com
JOHN M. DONNELLY, SBN (CA) 156965
ADMITTED PRO HAC VICE
jdonnelly@robertballapc.com

        **McCLESKEY, HARRIGER, BRAZILL &**
        **GRAF, L. L. P.**
        5010 University Ave., 5th Fl.
        Lubbock, Texas 79413
        (806) 796-7306/ Fax No. (806) 796-7365

        By: /s/ *Benjamin H. Davidson, II*
        BENJAMIN H. DAVIDSON, II
        State Bar No. 05430590
        bdavidson@mhbg.com
        M. KATHLEEN DAVIDSON
        State Bar No. 24070919
        kdavidson@mhbg.com

        ATTORNEYS FOR PLAINTIFF KAREN
        DI PIAZZA, Individually and as Natural
        Mother to CORBIN JAEGER and as Personal
        Representative of the Estate of
        CORBIN LEE JAEGER, DECEASED

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon all parties of record, this 2nd day of June, 2021.

        /s/ *Benjamin H. Davidson, II*
        BENJAMIN H. DAVIDSON, II