IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| KAREN DI PIAZZA, Individually and as Mother to CORBIN JAEGER and as Personal Representative of the Estate of CORBIN LEE JAEGER, Deceased,<br>　　　　Plaintiff,<br><br>VS.<br><br>WEATHER GROUP TELEVISION, LLC dba THE WEATHER CHANNEL, a Georgia limited liability company; WEATHER GROUP, LLC, a Delaware limited liability company; SHEENA BITTLE as Personal Representative of the Estate of KELLEY GENE WILLIAMSON; and KEITH DANIELS as Personal Representative of the Estate of RANDALL D. YARNALL,<br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>5:19-cv-00060-C |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT WEATHER GROUP TELEVISION, LLC

**COMES NOW** KAREN DI PIAZZA, Individually and as Mother to CORBIN JAEGER, as Personal Representative of the Estate of CORBIN LEE JAEGER, Deceased, and on behalf of and for the benefit of all persons entitled to bring causes of action for wrongful death for the death of CORBIN LEE JAEGER ("Plaintiff") and Defendant Weather Group Television, LLC and make and file this Agreed Motion for Dismissal With Prejudice of all claims and causes of action of Plaintiff in any capacity against Defendant Weather Group Television, LLC only, and for same respectfully would show unto this Honorable Court the following:

Plaintiff would show that she no longer desires to prosecute any of her claims and causes of action in any capacity against Defendant Weather Group Television, LLC only. Plaintiff therefore requests that the Court enter an Order dismissing any and all claims and causes of action

asserted by Plaintiff in any capacity against Defendant Weather Group Television, LLC only, with prejudice to the refiling of same, with all attorneys' fees and costs of court to be paid by the party incurring same.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendant Weather Group Television, LLC request that any and all claims and causes of action asserted by Plaintiff in any capacity against Defendant Weather Group Television, LLC only be dismissed with prejudice to the refiling of same, with all attorneys' fees and costs of court to be paid by the party incurring same.

Respectfully submitted,

*/s/ Robert A. Ball*
Robert A. Ball, California Bar No. 70061
John M. Donnelly, California Bar No. 156965
2 LAW OFFICES OF ROBERT A. BALL
225 Broadway, Suite 2220
3 San Diego, California 92101
Telephone: (619) 234-3913
Facsimile: (619) 234-4055
**ATTORNEYS FOR PLAINTIFF
KAREN DI PIAZZA**


**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**
*/s/ Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**
Attorney in Charge
State Bar No.: 07139500
Email: doug.fletcher@fletcherfarley.com
**RICHARD G. MILLER**
State Bar No. 14107500
Email: richard.miller@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
Telephone: 214/987-9600
Facsimile: 214/987-9866 FAX
**ATTORNEYS FOR DEFENDANT
WEATHER GROUP TELEVISION, LLC**

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing has been served via the ECF filing system on all counsel of record on this the 4th day of June 2021 in accordance with Rule 5 of the Federal Rules of Civil Procedure.

                                  */s/ Douglas D. Fletcher*
                                  **DOUGLAS D. FLETCHER**