IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KAREN DI PIAZZA, *Individually and* )
*as Mother to CORBIN JAEGER and as* )
*Personal Representative, of the Estate* )
*of CORBIN LEE JAEGER, Deceased,* )
            )
           Plaintiff, )
            )
v. )
            )
WEATHER GROUP TELEVISION, LLC )
*dba The Weather Channel, a Georgia* )
*limited liability company, et al.,* )
            )
           Defendants. )    Civil Action No. 5:19-CV-060-C

## ORDER

On this day, the Court considered Plaintiff's Motion to Dismiss, filed June 2, 2021,

pursuant to Federal Rule of Civil Procedure 41.

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and

-numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against

the party incurring the same.

SO ORDERED this ___7th___ day of June, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE