IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| KAREN DI PIAZZA, *Individually and*<br>*as Mother to CORBIN JAEGER and as*<br>*Personal Representative, of the Estate*<br>*of CORBIN LEE JAEGER, Deceased,* | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| WEATHER GROUP TELEVISION, LLC<br>*dba The Weather Channel, a Georgia*<br>*limited liability company, et al.,* | )<br>)<br>)<br>) |
| Defendants. | )   Civil Action No. 5:19-CV-060-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered

civil action be **DISMISSED** with prejudice.

SIGNED this ⁷ᵗʰ day of June, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE